### 50169. McCONNELL v. BRENAU COLLEGE.

STOLZ, Judge.

The present appeal from the grant of the judgment notwithstanding the verdict, is controlled by *Speer v. Gemco Elevator Co.,* 134 Ga. App. 360. Accordingly, the case is remanded to the trial court with direction that the alternative motion for a new trial be ruled on as provided in Code Ann. § 81A-150 (c) (1) (Ga. L. 1966, pp. 609, 656; 1967, pp. 226, 237, 246, 248).

*Remanded with direction. Deen, P. J., and Evans, J., concur.*

ARGUED FEBRUARY 10, 1975 — DECIDED APRIL 7, 1975.

*Telford, Stewart & Stephens, Charles W. Stephens, William H. Blalock, Jr.,* for appellant.
*Whelchel, Dunlap & Gignilliat, James A. Dunlap, George L. Simpson, III,* for appellee.